**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) | |
| | ) | District Judge: |
| Plaintiffs, | ) ) | Magistrate Judge: |
| vs. | ) ) | Case No: |
| INTERSTATE SYNTHETIC TURF INSTALLATIONS, INC., | ) ) ) | |
| Defendant. | ) ) | |

**COMPLAINT**

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, bring this Complaint against Defendant, Interstate Synthetic Turf Installations, Inc.

**COUNT I
(Failure to Pay Contributions to the Funds)**

1.      Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended.  29 U.S.C. § 185(a).

2.      Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended.  29 U.S.C. § 1132.

3.      Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry

Welfare Fund of Rockford, Illinois is administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4.      The Funds are a multi-employer benefits plan withing the meaning of ERISA. It is established and maintained pursuant to its respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5.      Defendant is engaged in the construction industry and is doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6.      Chicago Regional Council of Carpenters - Western Region, United Brotherhood of Carpenters and Joiners of America, ("the Union") is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

7.      On or about May 2016, Defendant entered into a Memorandum of Agreement with the Union.

8.      Under the terms of the Memorandum of Agreement, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9.     Under the terms of the Agreements, contributions to the Funds are due on the 15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10.     Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11.     Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12.     Beginning September 1, 2016 through September 30, 2017, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law (see **Exhibit A** attached hereto and made a part hereof).

13.     As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

14.     Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA.  29 U.S.C. § 185.

15.     Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions,

reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, Interstate Synthetic Turf Installations, Inc., as follows:

(a)     Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

(b)     Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

(c)     Enjoining Defendant from violating the terms of the Agreements;

(d)     Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

(e)     Ordering Defendant to remain current in payment of all contributions to the Funds.

THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
By:     WILLIAMSMCCARTHY, LLP

   /s/    Troy E. Haggestad
          Troy E. Haggestad (#06229384)
          WILLIAMSMcCARTHY, LLP
          120 West State Street, Suite 400
          P.O. Box 219
          Rockford, IL 61105-0219
          815/987-8900

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



January 9, 2018

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

  RE: Interstate Synthetic Turf Installations Inc. (10802)

We have performed a fringe benefit contribution compliance audit of Interstate
Synthetic Turf Installations Inc., for the period from September 1, 2016 through
September 30, 2017. The audit encompassed the comparison of individual
earnings records to certain payroll tax and fund reports and a review of the
general disbursements records.

The comparison and review indicate that the employer has not complied with its
fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|------|--------|
| WELFARE | $ 2,262.00 |
| DEFINED BENEFIT | 707.60 |
| RETIREMENT | 2,873.00 |
| ADVANCEMENT | 160.08 |
| APPRENTICE | 139.20 |
| DUES | 367.26 |
| MKTG FUND | 32.48 |
| UBC HEALTH | 23.20 |
| PROJ 1ST RATE | 11.60 |
| Sub Total | $ 6,576.42 |
| 10% Liq. Damages | $ 584.26 |
| TOTAL | $ 7,160.68 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT
_A_

1/9/2018
SPW

Page 1 of 4

**CONTRUCTION IND FUNDS - GROUPS 300 & 701 - LOCALS 792 & 4 & 166 CARPENTERS**

**INTERSTATE SYNTHETIC TURF INSTALLATIONS, INC.   #10802**

**YEAR: 2016**

**UNREPORTED HOURS   1/16 to 12/16  (GROUP 701)**

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRISTER. SHANE | 25.74 | Hours | - | - | 43.50 | - | - | - | - | - | - | - | - | - | 43.50 |
| GUITERREZ. CUAHUTEMO | 23.40 | Hours | - | - | 33.00 | - | - | - | - | - | - | - | - | - | 33.00 |
| GUITERREZ. ANTONIO | 23.40 | Hours | - | - | 120.00 | - | - | - | - | - | - | - | - | - | 120.00 |
| HERNANDEZ, MIKE | 23.40 | Hours | - | - | 80.00 | - | - | - | - | - | - | - | - | - | 80.00 |

**TOTAL HOURS**

| | | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | - | - | 276.50 | - | - | - | - | - | - | - | - | - | 276.50 |

**AMOUNT DUE TO FUNDS:**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RETIREMENT | $ - | $ - | $ 553.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 553.00 |
| TOTAL | $ - | $ - | $ 553.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 553.00 |

| Rates: | 5/1/15 | to | 4/30/16 |
|---|---|---|---|
| | RETIREMENT | 2.00 | |

1/9/2018
SPW

## CONTRUCTION IND FUNDS - GROUPS 300 & 701 - LOCALS 792 & 4 & 166 CARPENTERS

### INTERSTATE SYNTHETIC TURF INSTALLATIONS, INC.    #10802

**YEAR: 2016**

### UNREPORTED HOURS   1/16 to 12/16  (GROUP 300)

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRISTER, SHANE | 43.22 | Hours | - | - | - | - | - | - | - | - | - | 41.00 | - | - | 41.00 |
| NICKKELSEN, ARTHUR | 38.94 | Hours | - | - | - | - | - | - | - | - | - | 41.00 | - | - | 41.00 |
| ROBERTS, DAVID | 38.94 | Hours | - | - | - | - | - | - | - | - | - | 40.00 | - | - | 40.00 |
| RODRIGUEZ, ROBERTO | 38.94 | Hours | - | - | - | - | - | - | - | - | - | 41.00 | - | - | 41.00 |
| STREET, ANTHONY | 38.94 | Hours | - | - | - | - | - | - | - | - | - | 29.00 | - | - | 29.00 |
| SWEET, BRAD | 38.94 | Hours | - | - | - | - | - | - | - | - | - | 40.00 | - | - | 40.00 |
| **TOTAL HOURS** | | | - | - | - | - | - | - | - | - | - | 232.00 | - | - | 232.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,262.00 | $ - | $ - | $2,262.00 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 707.60 | $ - | $ - | $ 707.60 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,320.00 | $ - | $ - | $2,320.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 160.08 | $ - | $ - | $ 160.08 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 139.20 | $ - | $ - | $ 139.20 |
| DUES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 367.26 | $ - | $ - | $ 367.26 |
| MKTG FUND | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 32.48 | $ - | $ - | $ 32.48 |
| UBC HEALTH | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 23.20 | $ - | $ - | $ 23.20 |
| PROJ 1ST RATE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 11.60 | $ - | $ - | $ 11.60 |
| **TOTAL** | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 6,023.42 | $ - | $ - | $6,023.42 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENE | 3.05 | BLDG. TRADES | |
| RETIREMENT | 10.00 | DUES  4 % | 1.583 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.14 | PROJ 1ST RATE | 0.05 |

CONTRUCTION IND FUNDS - GROUPS 300 & 701 - LOCALS 792 & 4 & 166 CARPENTERS

INTERSTATE SYNTHETIC TURF INSTALLATIONS, INC.   #10802

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---|---|---|
| WELFARE | $ - | $ 2,262.00 | $ 2,262.00 |
| DEFINED BENEFIT | $ - | $ 707.60 | $ 707.60 |
| RETIREMENT | $ - | $ 2,873.00 | $ 2,873.00 |
| ADVANCEMENT | $ - | $ 160.08 | $ 160.08 |
| APPRENTICE | $ - | $ 139.20 | $ 139.20 |
| DUES | $ - | $ 367.26 | $ 367.26 |
| MTKG FUND | $ - | $ 32.48 | $ 32.48 |
| UBC HEALTH | $ - | $ 23.20 | $ 23.20 |
| PROJ 1ST RATE | $ - | $ 11.60 | $ 11.60 |
| TOTAL | $ - | $ 6,576.42 | $ 6,576.42 |

## CONTRUCTION IND FUNDS - GROUPS 300 & 701 - LOCALS 792 & 4 & 166 CARPENTERS

### INTERSTATE SYNTHETIC TURF INSTALLATIONS, INC.    #10802

RICHARD J. WOLF AND COMPANY, INC.

## ** GRAND TOTAL **

| | | |
|---|---|---:|
| **WELFARE** | $ | 2,262.00 |
| **DEFINED BENEFIT** | $ | 707.60 |
| **RETIREMENT** | $ | 2,873.00 |
| **ADVANCEMENT** | $ | 160.08 |
| **APPRENTICE** | $ | 139.20 |
| **DUES** | $ | 367.26 |
| **MTKG FUND** | $ | 32.48 |
| **UBC HEALTH** | $ | 23.20 |
| **PROJ 1ST RATE** | $ | 11.60 |
| **TOTAL** | $ | 6,576.42 |

Page 1 of 7

Date File Received _____    Date Audit Performed   **January 4, 2018**

Auditor's Name    Steven P. Wagner    Date Audit Submitted   **January 9, 2018**

**RICHARD J. WOLF AND COMPANY, INC.**
**Audit Fact Sheet and Contract Compliance**
**Audit Work Program**

A.   **EMPLOYER NAME:**   Interstate Synthetic Turf Installations, Inc.

    **ADDRESS:**   7710 B Lomas NE

    **CITY / STATE**   Albuquerque, New Mexico

    **ZIP CODE**   87110

    **CONTACT INFORMATION**   Phone(505-401-0156);    Email(mweiss@newmexico.com);

    **TAXPAYER I.D. #**   20-4760648

B.   Contacts Name   Michael Weiss    Title   Accountant

    Person Fund is to Contact   Troy St. John    Title   President

C.   <u>Organization Type</u>

                      _____   Sole Proprietor

                      _____   Partnership

                      __X__   Corporation

D.   <u>Ownership Principals Name</u>                                         <u>Title</u>

1   Troy St. John                                     100.00 % _____

2   _____           _____ % _____

3   _____           _____ % _____

4   _____           _____ % _____

E.   Gross Annual Dollar Volume   $    $1,800,000

F.   Does Employer have interests in other related operations?    _____ Yes    _____ No

    If yes, describe    Withheld

    The address on the audit letter was P.O. Box 14828, Albuquerque, NM 87191

G.   Is employer a member of any Trade Organization/Association?    _____ Yes    _____ No

    If yes, list names of same

H.   Briefly describe employer's office and/or yard space?    Not Available

    Estimated Value of Same

I.   Audit Site (if different from employer's address)    The records were received through the mail

J.   Audit Period    9/1/2016 through 9/30/2017

    (if different from Letter of Introduction, explain why?)

K.   The general condition of the accounting records were:    excellent

L.   Accounting records reviewed (please list)    UC3's; 941's; W-2's; Union Reports; Timesheets;

    **Payroll System: Unknown**

**RICHARD J. WOLF AND COMPANY, INC.**
**Audit Fact Sheet and Contract Compliance**
**Audit Work Program**

Page 2 of 7

M. All required accounting records were available with the exception of      None;

N. Were any extraordinary auditing expenses incurred while performing this audit?
              Yes _____                    No   X        If yes Please Explain

O. State findings and briefly describe the nature of the delinquency, if any

| Fund | Amount | Reason |
|---|---|---|
| Construction Industry Funds | 508.50 hours | Additional hours |

P. Additional Comments      The contractor employed approximately 26 people per annum. The contractor worked on the Sports Core in Rockford, Illinois. All hours listed on timesheets provided by the contractor for the Rockford job were included in the report. Also, they worked at Assumption HS in the Davenport, Iowa area. All hours listed on timesheets provided by the contractor this job were included in the report. There were 232 hours on the Rockford job, and 276.50 hours on the Davenport area job.

**Employee Totals:**
**2016=26**

Q. Bank Accounts              Withheld

R. Type of Company (general, sub, pipeline, etc.)      General - Sports turf installation

S. Current "Certified Payroll Projects" as follows:

| Job Name | Location | Audit Status | Contract # |
|---|---|---|---|
|  |  |  |  |

Interstate Synthetic Turf Installations

| | |
|---|---|
| Audit | $ 6,576.42 |
| Audit LD | $   584.26 |
| | $ 7,160.68 |
| Audit Fee | $   750.00 |
| **Total Due** | **$ 7,910.68** |